1

2

3

4

5

6  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
7    James P. Hill, CA SBN 90478
     Barton L. Jacka, NV SBN 7031
8    Marilyn S. Scheer, CA SBN 132544
   550 West C Street, Suite 1500
9  San Diego, CA 92101
   Telephone: (619) 233-4100
10 Fax Number: (619) 231-4372
   E-mail: Hill@shlaw.com
11
   Attorneys for Plaintiff William A. Leonard, Jr.,
12 Chapter 7 Trustee

13 SHEA & CARLYON, LTD.
     Candace C. Carlyon, NV SBN 2666
14   Alice Denton, NV SBN 8420
   233 South Fourth Street, Suite 200
15 Las Vegas, NV 89101
   Telephone: (702) 471-7432
16 Fax Number: (702) 471-7435

17 Local Counsel for Plaintiff William A. Leonard, Jr.,
   Chapter 7 Trustee
18

19 DARRELL LINCOLN CLARK, ESQ.
     Darrell Lincoln Clark, NV SBN 1412
20 438 West Sahara Avenue
   Las Vegas, Nevada 89102
21 Telephone: (702) 836-9400
   Fax Number: (702) 731-1232
22
   Attorneys for Defendants Alan Rodriguez, also known
23 As Alan Rodrigues; Alan II, Inc.; R and R Financial, Inc.;
   Diamond Marketing, Ltd.; and M.J. Sales, Inc.
24

25                    UNITED STATES BANKRUPTCY COURT

26                          DISTRICT OF NEVADA

27

28 In re                              )   CASE NO. BK-S-03-17306-BAM
                                      )   Chapter 7

                                      1

| | |
|---|---|
| NATIONAL AUDIT DEFENSE NETWORK, | ) ) | ADV. NO. 04-01230 |
| Debtor. | ) ) ) | (Consolidated with Adv. No. 05-1152) |
| | ) | **AMENDED STANDARD DISCOVERY** |
| WILLIAM A. LEONARD, JR., | ) ) | **PLAN AND SCHEDULING ORDER RE:** **PRE-TRIAL MATTERS AND TRIAL** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALAN RODRIGUEZ, also known as ALAN RODRIGUES; ALAN II, INC.; R AND R FINANCIAL, INC.; DIAMOND MARKETING, LTD.; M.J. SALES, INC.; and ELITE SOLUTIONS USA, INC., | ) ) ) ) ) ) | **Scheduling Conference:** Date:  October 22, 2005 Time:  9:30 a.m. Place:  BAM-Courtroom 3 |
| Defendants. | ) ) ) | Foley Federal Building 300 S. Las Vegas Boulevard Las Vegas, Nevada |
| | ) ) | Judge: The Hon. Bruce A. Markell |

The parties hereby submit this amended standard discovery plan and scheduling order re: pre-trial matters and trial in lieu of that filed on or about November 8, 2004, in light of this Court's consolidation of Adversary No. 05-1152 with 04-1230.

**1.     Discovery Plan**

☐          **Request for waiver of requirement to prepare and file a formal discovery plan.**

The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, or

☒          **A discovery plan is needed or useful in this case.** Check one:

☒          The parties agree to the standard discovery plan and scheduling order.  The first defendant answered or otherwise appeared in Adversary No. 04-1230 on September 10, 2004 and in Adversary No. 05-1152 (consolidated with 04-1230 on August 26, 2005) on August 25, 2005, but this Court, on September 7, 2005, struck the August 25 answer and no defendant has re-filed his answer.  Discovery shall be completed within 120 days, measured from the date the first defendant attempted to answer or otherwise to appear.  Discovery will close by November 23, 2005.

::ODMA\PCDOCS\PCDOCS\245678\1

1    ☐    The parties jointly propose to the court the attached discovery plan and

2    scheduling order.  (Use Official Form 35 to the Federal Rules of Civil Procedure.)

3    ☐    The parties cannot agree on a discovery plan and scheduling order.  The

4    attached sets forth the parties' disagreement and reasons for each party's position.  (Use Official

5    Form 35 of the Federal Rules of Civil Procedure.)

6    **Complete parts 2-6.**

7    **2.    Nature of the case.**  Brief description of the nature of the case, i.e., dischargeability, denial

8    of discharge, turn-over, contract, etc.:

9    Action 04-1230: (1) To Avoid And Recover Fraudulent Transfers; (2) To Impose

10    Constructive Trusts; (3) For Imposition Of Equitable Liens; (4) For Unjust Enrichment; And (5) For

11    Alter Ego Liability.

12    Action 05-1152:  (1) To Avoid and Recover Preferential Transfers; (2) To Avoid and

13    Recover Post-Petition Transfers; (3) To Impose Constructive Trusts; (4) For Imposition of Equitable

14    Liens; (5) To Avoid Unjust Enrichment; and (6) For Alter Ego Liability.

15    **3.    Jury Trials:**  Check one:

16    ☒    A demand for a jury trial has not been made.

17    ☐    A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in

18    conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to

19    28 U.S.C. § 157(e).

20    ☐    It is expressly understood by the undersigned parties they have demanded a

21    jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a

22    jury trial pursuant to 28 U.S.C. 157(e).

23    An original and two (2) copies of all instructions requested by either party shall be submitted

24    to the clerk for filing on or before _____.

25    An original and two (2) copies of all suggested questions of the parties to be asked of the jury

26    panel by the court on *voir dire* shall be submitted to the clerk for filing on or before _____.

27    **4.    Additional Pleadings.**  Are there any counterclaims, cross claims or amendments to the

28    pleadings expected to be filed?

::ODMA\PCDOCS\PCDOCS\245678\1

1    ☐    Yes

2    ☒    No

3    **5.    Settlement Conference**

4         ☒    A settlement conference is requested.

5    If checked, a settlement conference is requested at the earliest possible date.

6         ☐    Settlement cannot be evaluated prior to additional discovery.  The parties may later

7    request a settlement conference.

8    **6.    Trial**

9         The case should be ready for trial by March 14, 2006 and should take two day(s).

10   **7.**    All parties (consent/do not consent) to this court entering final judgment.  (Circle one).

11

12   Dated: 9-21-05                                 Dated: Sept 21 2005

13

14   /s/ Barton L. Jacka                            _____
     Signature of Counsel for Plaintiff(s)          Signature of Counsel for Defendant(s)

15

16   James P. Hill                                  Darrell Lincoln Clark
     Barton L. Jacka                                DARRELL LINCOLN CLARK, ESQ.
17   Marilyn S. Scheer                              438 East Sahara Avenue
     SULLIVAN, HILL, LEWIN, REZ & ENGEL             Las Vegas, NV 89104
18   550 West C Street, Suite 1500
     San Diego, CA 92101                            Attorney for Defendants Alan Rodriguez, aka
19                                                  Alan Rodrigues; Alan II, Inc.; R and R Financial,
     and                                            Inc.; Diamond Marketing, Ltd.; M.J. Sales, Inc.;
20                                                  and Elite Solutions USA, Inc.
     Candace C. Carlyon
21   Alice Denton
     SHEA & CARLYON, LTD.
22   233 South Fourth Street, Suite 200
     Las Vegas, NV 89101
23
     Attorneys for Plaintiff William A. Leonard, Jr.,
24   Chapter 7 Trustee

25

26

27

28

                                   4                        ::ODMA\PCDOCS\PCDOCS\245675\1